170 So. 548

**Edward P. FOLEY v. F. E. ARMSTRONG.**

**1 Div. 929.**

Supreme Court of Alabama.

Oct. 8, 1936.

Rehearing Denied Nov. 19, 1936.

J. G. Bowen, of Mobile, for petitioner.

G. B. Dunning, of Mobile, opposed.

THOMAS, Justice.

Petition of Edward P. Foley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Foley v. Armstrong, 170 So. 547.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.